IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TINA LAWSON    Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 18–1912 |
| CITY OF PHILADELPHIA; FRANK BRESLIN, *Individually*; IOLA HARPER, *Individually*; HARRIS & HARRIS; ARNIE HARRIS, *Individually*; and, FRANCES BECKLEY, *Individually*    Defendants. | : : | |

**ORDER**

AND NOW, this 22nd day of February, 2019, upon consideration of Defendants Arnie Harris and Harris & Harris' Motion to Compel Arbitration (ECF No. 18), Plaintiff's Response thereto (ECF No. 22), and Defendants' Reply to Plaintiff's Response (ECF No. 25), it is hereby ORDERED that said Motion is DENIED in accordance with this Court's accompanying Memorandum.

It is further ORDERED that Defendants Beckley, Breslin, City of Philadelphia and Harper's Motion to Stay the Proceedings Pending Arbitration (ECF No. 26) is DENIED as moot.

BY THE COURT:

/s/ C. Darnell Jones, II  J.