IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TINA LAWSON | : | |
|     *Plaintiff,* | | |
| v. | : | CIVIL ACTION |
| CITY OF PHILADELPHIA; | | NO. 18–1912 |
| FRANK BRESLIN, *Individually*; | : | |
| IOLA HARPER, *Individually*; | | |
| FRANCES BECKLEY, *Individually*; and, | | |
| HARRIS & HARRIS. | : | |
|     *Defendants*. | | |

**ORDER**

AND NOW, this 2nd day of March 2020, upon consideration of: Defendants City of Philadelphia, Frank Breslin, Frances Beckley, and Iola Harper's Motion to Dismiss (ECF No. 37); Defendant Harris and Harris's Motion to Dismiss (ECF No. 39); Plaintiff's Responses thereto (ECF Nos. 41, 43); and, Defendants City of Philadelphia, Frank Breslin, Frances Beckley, and Iola Harper's Reply (ECF No. 44), it is hereby ORDERED as follows:

(1) Defendants City of Philadelphia, Frank Breslin, Frances Beckley, and Iola Harper's Motion to Dismiss Counts I through III is GRANTED;

(2) Plaintiff shall NOT be afforded leave to amend Counts I through III;

(3) The court declines to exercise supplemental jurisdiction over the remaining state law claims (Counts IV through XVII)[1] without prejudice to Plaintiff's right to raise same in State Court;

(4) Defendant Harris' Motion to Dismiss (ECF No. 39) is DENIED as moot; and,

---

[1] Plaintiff's Amended Complaint does not contain "Count XV."

(5) The Clerk of Court shall mark this matter CLOSED.

BY THE COURT:

/s/  C. Darnell Jones, II     J.